UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

VASSILIOS HANDAKAS

                Petitioner,

                              ORDER

   -against-                       CV 03-861
                                  (JBW)

UNITED STATES OF AMERICA

                Respondent.
---------------------------------X

WEINSTEIN, *Senior District Judge*:

      It is hereby ordered for the reasons stated orally on the record that petitioner's motion for return of property is denied. The case is dismissed, subject to a motion to reopen upon motion.

      SO ORDERED.

                                     JACK B. WEINSTEIN
                                     SENIOR UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       April 3, 2003